UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MEZA,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTIAN PFEIFFER,<br><br>    Respondent. | No. 2:20-cv-2316 JAM KJN P<br><br><br>ORDER |

Petitioner requested a second extension of time to file an opposition to respondent's March 8, 2021 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 16) is granted; and

2. Petitioner shall file an opposition within thirty days from the date of this order.

Dated: May 5, 2021

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/meza2316.111(2)