UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MEZA, | No. 2:20-cv-2316 JAM KJN P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 8, 2021, respondent filed a motion to dismiss this action as barred by the statute of limitations. Despite being granted two extensions of time, petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id.

Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why his failure to oppose respondent's March 8, 2021 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Petitioner is cautioned that failure to respond to the instant order, or to file an

////

////

1

opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

Dated:  June 14, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/meza2316.46.hab