UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MEZA,<br><br>        Petitioner,<br><br>    v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>        Respondent. | No.  2:20-cv-2316 DAD CSK P<br><br>ORDER |

On May 30, 2024, respondent filed a request for leave to file a late response to petitioner's motion to vacate judgment.  Good cause appearing, respondent's request is granted, and the response is deemed timely filed.  Petitioner's reply, if any, shall be filed fourteen days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time (ECF No. 44) is granted;

2. Respondent's May 30, 2024 response (ECF No. 44) is deemed timely filed; and

3. Petitioner's reply, if any, shall be filed fourteen days from the date of this order.

Dated:  June 3, 2024

                                                CHI SOO KIM<br>
                                                UNITED STATES MAGISTRATE JUDGE

/1/meza2316.111

1