UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MEZA,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTIAN PFEIFFER,<br><br>    Respondent. | No. 2:20-cv-02316-DAD-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PETITIONER'S MOTION TO VACATE THE JUDGMENT ENTERED IN THIS CASE<br><br>(Doc. Nos. 40, 51) |

    Petitioner Ronald Meza is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 13, 2024, the assigned magistrate judge issued findings and recommendations recommending that petitioner's motion to vacate the judgment entered in this case on September 20, 2022 (Doc. No. 40) be denied. (Doc. No. 51.) The pending findings and recommendations were served upon the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 29.) To date, no objections have been filed, and the time in which to do so has passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on August 13, 2024 (Doc. No. 51) are adopted in full;

2. Petitioner's motion to vacate the judgment entered in this case (Doc. No. 40) is denied; and

3. This case shall remain closed.

IT IS SO ORDERED.

Dated: __September 4, 2024__

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE